

**GRANTED**

It is hereby ORDERED that upon receipt of this order the moving party shall mail or deliver a copy to any pro se party who has entered an appearance in this action.

*James Hartmann*

**James Hartmann**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

| | |
|---|---|
| District Court, Weld County, Colorado<br>P. O. Box 2038<br>Greeley, CO 80632<br>(970) 351-7300 | **EFILED Document – District Court<br>2011CV611<br>CO Weld County District Court 19th JD<br>Filing Date: Jul 14 2011 8:31PM MDT<br>Filing ID: 38705882** |
| Plaintiff: BANK OF CHOICE<br><br>vs.<br><br>Defendants: CLYDESDALE INVESTMENTS, LLC, a Colorado limited liability company; PLM, L.L.C., a Kansas limited liability company; ROCCI TRUMPER, an individual; ALLAN BRAUN, an individual; ERIK G. FISCHER, an individual; and GARY WESTLIND, an individual | ▲ COURT USE ONLY ▲ |
| | Case No.: 11CV611<br><br>Division: 1 |
| **ORDER GRANTING DEFENDANTS, CLYDESDALE INVESTMENTS, LLC, ROCCI TRUMPER, GARY WESTLIND AND ERIK G. FISCHER'S, MOTION FOR EXTENSION OF TIME TO RESPOND OR OTHERWISE PLEAD** | |

This matter comes before the Court upon Defendants, Clydesdale Investments, LLC, Rocci Trumper, Gary Westlind and Erik G. Fischer's, Motion for Extension of Time to Respond or Otherwise Plead. The Court, having reviewed the Motion, finds that the Motion should be, and the same hereby is, GRANTED.

IT IS HEREBY ORDERED that said Defendants shall have up through and including July 25, 2011 to file their responsive pleadings or any related motions pursuant to C.R.C.P. Rule 12 or 98.

Dated this _____ day of June, 2011.

BY THE COURT:

_____
District Judge

EXHIBIT C

This document constitutes a ruling of the court and should be treated as such.

**File & Serve Transaction ID:** 38681287

**Current Date:** Jul 14, 2011

**Case Number:** 2011CV611

**Case Name:** BANK OF CHOICE vs. CLYDESDALE INVESTMENTS LLC et al

**/s/ Judge James Francis Hartmann**