

**GRANTED**

It is hereby ORDERED that upon receipt of this order the moving party shall mail or deliver a copy to any pro se party who has entered an appearance in this action.

*James Hartmann*

**James Hartmann
District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

| | |
|---|---|
| District Court, Weld County, Colorado<br>P. O. Box 2038<br>Greeley, CO  80632<br>(970) 351-7300 | **EFILED Document – District Court<br>2011CV611<br>CO Weld County District Court 19th JD<br>Filing Date: Aug 30 2011  7:40PM MDT<br>Filing ID: 39575793** |
| Plaintiff: BANK OF CHOICE<br><br>vs.<br><br>Defendants: CLYDESDALE INVESTMENTS, LLC, a Colorado limited liability company; PLM, L.L.C., a Kansas limited liability company; ROCCI TRUMPER, an individual; ALLAN BRAUN, an individual; ERIK G. FISCHER, an individual; and GARY WESTLIND, an individual | ▲ COURT USE ONLY ▲ |
| | Case No.: 11CV611<br><br>Division:  1 |

### ORDER GRANTING DEFENDANTS, CLYDESDALE INVESTMENTS, LLC, ROCCI TRUMPER, GARY WESTLIND AND ERIK G. FISCHER'S, MOTION FOR CHANGE OF VENUE PURSUANT TO C.R.C.P. RULE 98

This matter comes before the Court upon Defendants, Clydesdale Investments, LLC, Rocci Trumper, Gary Westlind and Erik G. Fischer's, Motion for Change of Venue.  The Court, having reviewed the Motion, finds that the Motion should be, and the same hereby is, GRANTED.

IT IS HEREBY ORDERED that venue is changed in this matter from Weld County to Larimer County for all further proceedings.

Dated this _____ day of July, 2011.


BY THE COURT:


_____
District Judge


EXHIBIT D

This document constitutes a ruling of the court and should be treated as such.

**File & Serve Transaction ID:** 38884362

**Current Date:** Aug 30, 2011

**Case Number:** 2011CV611

**Case Name:** BANK OF CHOICE vs. CLYDESDALE INVESTMENTS LLC et al

**/s/ Judge James Francis Hartmann**