| | |
|---|---|
| DISTRICT COURT, LARIMER COUNTY, STATE OF COLORADO<br>201 LAPORTE AVENUE, SUITE 100<br>FORT COLLINS, CO  80521-2761<br>PHONE:  (970) 498-6100<br>_____<br><br>Plaintiff(s): Bank of Choice,<br><br>v.<br><br>Defendant(s): Clydesdale Investments, LLC a Colorado limited liability company; et al.. | **EFILED Document**<br>**CO Larimer County District Court 8th JD**<br>**Filing Date: Sep 20 2011 11:56AM MDT**<br>**Filing ID: 39915368**<br>**Review Clerk: Darlene Edgar**<br><br>⋀  FOR COURT USE  ⋀<br>_____<br><br>Case No. 11 CV 1803<br>Courtroom:  5B |
| **ORDER TO ANSWER** ||

The Defendants' Motion for Change of Venue was granted on August 30, 3011.  The case has been assigned to this Court.  Defendants must file Answers within 20 days.

Dated:  September 20, 2011.

BY THE COURT:

_____
Gregory M. Lammons
District Court Judge

EXHIBIT F