IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03023-RPM

BANK OF CHOICE,

    Plaintiff,

v.

CLYDESDALE INVESTMENTS, LLC,
PLM, LLC,
ROCCI TRUMPER,
ALLAN BRAUN,
ERIK G. FISCHER, and
GARY WESTLIND,

    Defendants.

_____

## AMENDED ORDER FOR REMAND
_____

The notice of removal bringing this civil action to this court, filed November 18, 2011, alleges jurisdiction based on diversity of citizenship under 28 U.S.C. § 1332(a). The removal was filed by defendants who allege that they are citizens of Colorado. Removal is improper under 28 U.S.C. § 1441(b). It is therefore

ORDERED that this civil action is remanded to the District Court, County of Larimer, State of Colorado.

DATED:  December 5, 2011

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge